IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL QUINTANA,<br><br>       Petitioner,<br><br>  v.<br><br>CONNIE GIPSON, WARDEN,<br><br>       Respondent. | No. C13-05819 CRB<br><br>**ORDER GRANTING MOTION FOR NUNC PRO TUNC APPOINTMENT OF COUNSEL** |

Petitioner moves the Court for nunc pro tunc appointment of counsel and payment of reasonable attorneys' fees pursuant to 18 U.S.C. §§ 6006A(a)(2)(B) and 6006A(d). See Mot. (dkt. 10). Because the Court finds that Petitioner has presented a colorable claim for relief and that he is not capable of presenting that claim pro se, see Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983), the Court GRANTS Petitioner's Motion.

**IT IS SO ORDERED.**

Dated: August 7, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE