IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL QUINTANA,<br>　　　Petitioner,<br>　v.<br>CONNIE GIPSON, Warden,<br>　　　Respondent.　　　　　　　／ | No. C 13-5819 CRB<br><br>**JUDGMENT** |

　　Having denied Petitioner's petition for habeas corpus, the Court hereby enters judgment for Respondent and against Petitioner.

　　**IT IS SO ORDERED.**

Dated: September 23, 2014

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\5819\Judgment.wpd