United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL QUINTANA, | No. C13-05819 CRB |
| Petitioner, | **ORDER GRANTING CERTIFICATE OF APPEALABILITY** |
| v. | |
| CONNIE GIPSON, WARDEN, | |
| Respondent. | |

This case has been remanded for the limited purpose of granting of denying a certificate of appealability ("COA"). A judge shall grant a COA "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy section 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Indeed, "a claim can be debatable even though every jurist of reason might agree, after the COA has been granted and the case has received full consideration, that petitioner will not prevail." Miller-El v. Cockrell, 537 U.S. 322, 338 (2003).

Here, the Court concludes that reasonable jurists could debate (1) whether there was insufficient evidence of duress; and (2) whether there was ineffective assistance of counsel

for failure to present <u>Stoll</u> evidence, to present certain defense witnesses, or to conduct a polygraph test.  The Court GRANTS a certificate of appealability as to those two claims.

**IT IS SO ORDERED.**

Dated: November 7, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE